UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA CROWDER, individually and on behalf of others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ARC HEALTHRESOURCES OF ROCKLAND, INC, ROCKLAND COUNTY CHAPTER, NYSARC, INC.,<br><br>Defendants. | Case No. 17-CV-04086-VB<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with: Memorandum of Points and Authorities in Support Hereof, Declaration of Benjamin Weisenberg in Support Hereof, and Proposed Order Granting Preliminary Approval of Class Action Settlement] |

**TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiffs move the Court for an Order granting the preliminary approval of the Settlement Agreement ("Proposed Settlement"), attached as **Exhibit A** to the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion"), filed concurrently herewith.

Said Motion is brought upon the grounds enumerated in the Memorandum of Points and Authorities with which this Notice is filed concurrently. This Motion shall be based upon this Notice, the Memorandum of Points and Authorities and its attachments, the Declaration of Benjamin Weisenberg in Support of Plaintiff's Motion, and the Proposed Order granting Plaintiff's Motion, all of which are filed concurrently herewith the records on file herein; upon any oral argument allowed at the hearing on the Motion; and upon such other and further matters as may be offered in reply to any opposition to this Motion.

Dated:       August 6, 2018                                   Respectfully submitted,

                                                              Benjamin Weisenberg
                                                              THE OTTINGER FIRM, P.C.
                                                              401 Park Avenue South
                                                              New York, NY 10016
                                                              Telephone: (212) 571-2000
                                                              Fax: 212-571-0505