UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA CROWDER, individually and on behalf of others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ARC HEALTHRESOURCES OF ROCKLAND, INC., ROCKLAND COUNTY CHAPTER, NYSARC, INC.,<br><br>Defendants. | Case No. 17-CV-04086-VB<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with: Memorandum of Points and Authorities, Declaration of Benjamin Weisenberg with Exhibits, Declaration of Scott Wich, Declaration of Jamie Bisek, and Proposed Order Granting Final Approval of Class Action Settlement and Judgment.] |

**TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiffs shall move this Court at the scheduled January 18, 2019, at 11:30 A.M. Final Approval Hearing for an Order granting Final Approval of the Class Action Settlement, attached as **Exhibit B.1** to the Declaration of Benjamin Weisenberg.

This Motion shall be based upon this Notice, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Benjamin Weisenberg and attachments thereto, the Declaration of Scott Wich, the Declaration of Jamie Bisek, all other papers and pleadings previously filed in this action, and upon any oral argument allowed at the hearing on the Motion.

Dated: January 4, 2018

    New York, New York

    Respectfully submitted,

    **THE OTTINGER FIRM, P.C.**

    _____
    Benjamin D. Weisenberg
    benjamin@ottingerlaw.com