

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA CROWDER, individually and on behalf of others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ARC HEALTHRESOURCES OF ROCKLAND, INC., ROCKLAND COUNTY CHAPTER, NYSARC, INC.,<br><br>Defendants. | Case No. 17-CV-04086-VB<br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT |

VINCENT L. BRICCETTI, United States District Judge:

This Court, having reviewed the Settlement Agreement entered into by the Parties, in addition to Plaintiff's Motion for Final Approval and supporting documents filed therewith, hereby:

1. **FINDS** that the Settlement Agreement is the product of informed, arm's length negotiations by counsel and that the terms are fair, reasonable, and adequate.

2. **FINDS** that the class notice procedure administered by the Settlement Administrator Rust Consulting, Inc. was executed in accordance with Parties' Settlement Agreement and satisfied the requirements of due process and the Federal Rules of Civil Procedure.

3. **GRANTS** Final Approval of the Parties' Proposed Class Action Settlement Agreement.

4. **AWARDS** the Settlement Payments to the Class Members and **ORDERS** their payment in accordance with the terms and conditions as set forth in the Parties' Settlement

Agreement.

5.  **AWARDS** Ms. Tanya Crowder a service award of $20,000 and **ORDERS** payment in accordance with the terms and conditions as set forth in the Parties' Settlement Agreement.

6.  **AWARDS** Ms. Violet Walton a service award of $2,500 and **ORDERS** payment in accordance with the terms and conditions as set forth in the Parties' Settlement Agreement.

7.  **AWARDS** The Ottinger Firm, P.C., Class Counsel in this Action, attorneys' fees in the amount of $433,329 and **ORDERS** payment in accordance with the terms and conditions as set forth in the Parties' Settlement Agreement.

8.  **AWARDS** The Ottinger Firm, P.C., Class Counsel in this Action, litigation costs in the amount of $23,431.71 and **ORDERS** payment in accordance with the terms and conditions as set forth in the Parties' Settlement Agreement.

9.  **AWARDS** Rust Consulting, Inc., Settlement Administrator in this Action, its costs and expenses in the amount of $25,000 and **ORDERS** payment in accordance with the terms and conditions as set forth in the Parties' Settlement Agreement.

10. **RETAINS** all jurisdiction in this matter relating to the interpretation, administration, implementation, and enforcement of this Settlement Agreement.

11. **ORDERS** the Settlement Administrator to administer any other reaming terms of the Settlement Agreement as consisted with the terms and conditions of the Settlemet Agreement entered into by the Parties.

**IT IS SO ORDERED.**

Dated: 3/7/19

By _____
Hon. Judge Vincent L. Briccetti
District Judge

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS
AND COLLECTIVE ACTION SETTLEMENT